IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

*IN RE*: VIRGINIA DEPARTMENT
OF CORRECTIONS, Petitioner.

CASE NO. 3:17MC00002

Related Case:
S.D. Miss.: 1:15cv1258

## MOTION TO QUASH

COMES NOW the Virginia Department of Corrections, by counsel, and, pursuant to Rule 45 of the *Federal Rules of Civil Procedure*, respectfully moves this Court for an order quashing a third-party Notice of Deposition and Subpoena issued in the matter of *Jordan v. Fisher* (S.D. Miss). The reasons for this request are set forth in the memorandum accompanying this motion.

Respectfully submitted,

VIRGINIA DEPARTMENT OF
CORRECTIONS, Petitioner.

By:           /s/
Margaret Hoehl O'Shea, AAG, VSB #66611
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email: moshea@oag.state.va.us

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2017, I electronically filed the foregoing Motion to Quash with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: N/A,

And I hereby certify that I will mail, by electronic and U.S. mail, the document to the following non-filing users:

**COUNSEL FOR PLAINTIFFS:**
James W. Craig (MSB #7798)
Emily M. Washington (pro hac vice)
The Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA  70119
jim.craig@macarthurjustice.org
emily.washington@macarthurjustice.org

**COUNSEL FOR DEFENDANTS:**
Jason L. Davis
Paul E. Barnes
Wilson D. Minor
Mississippi Office of the Attorney General
P.O. Box 220
Jackson, MS  39205
jdavi@ago.state.ms.us
pbarn@ago.state.ms.us
wmino@ago.state.ms.us

**COUNSEL FOR INTERVENOR PLAINTIFF THOMAS E. LODEN, JR.:**
Stacy L. Ferraro
239 N. Lamar Street, Suite 604
Jackson, MS  39201
lifestoryms@gmail.com

Merrida P. Coxwell, Jr.
Coxwell & Associates, PLLC
500 North State Street
Jackson, MS  39201
merridac@coxwelllaw.com

**COUNSEL FOR INTERVENOR PLAINTIFF ROGER THORSON:**
James L. Davis, III
P.O. Box 1839
Gulfport, MS 39502
JamesLDavisIII@aol.com

Nicolas F. Aldrich (pro hac vice)
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
naldrich@schwabe.com

**COUNSEL FOR INTERVENOR PLAINTIFF ROBERT SIMON:**
Sibyl C. Byrd
MCDUFF & BYRD
767 North Congress Street
Jackson, MS 39202
scb@mcdufflaw.com

                                                         /s/
Margaret Hoehl O'Shea
Assistant Attorney General
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email: moshea@oag.state.va.us