AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In Re: Virginia Department of Corrections ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:17-mc-00002-MHL |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Jordan.

Date: 03/08/2017

/s/
*Attorney's signature*

William C. Miller, VSB #90919
*Printed name and bar number*

Attorney for Richard Jordan
Pillsbury Winthrop Shaw Pittman LLP
1200 17th Street NW
Washington, DC 20036
*Address*

william.c.miller@pillsburylaw.com
*E-mail address*

(202) 663-9455
*Telephone number*

(202) 663-8007
*FAX number*